**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Michael Hanafi, ) | No. CV 05-2188-PHX-SMM (VAM) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Arpaio, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff filed a *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on July 22, 2005. (Dkt. 1). In the Notice of Assignment entered and mailed to plaintiff on July 25, 2005, plaintiff was warned that he must file a Notice of Change of Address upon any change of address changes, and was warned that failure to do so would result in his case being dismissed. (Dkt. 2). On December 2, 2005, mail to Plaintiff was returned as undeliverable (dkt. 6), indicating Plaintiff had been released with no forwarding information available. On December 19, 2005, Magistrate Judge Mathis ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. (Dkt. 7.) Plaintiff's copy of the Order to Show Cause was also returned as undeliverable (dkt. 9). No other address has been found for Plaintiff, and Plaintiff has failed to file a notice of change of address or to otherwise respond to the Order to Show Cause.

Accordingly,

1 **IT IS HEREBY ORDERED** withdrawing the reference to the magistrate judge of
2 this action.

3 **IT IS FURTHER ORDERED** that, pursuant to Rule 41(b) of the Federal Rules of
4 Civil Procedure, Plaintiff's Complaint (dkt. 1) and this action are **DISMISSED WITHOUT**
5 **PREJUDICE** for failure to prosecute. The Clerk of the Court shall enter judgment
6 accordingly.

7 DATED this 12th day of May, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -